UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00215-MOC

| | |
|---|---|
| JACQUELINE RAY, | ) |
| Plaintiff, | ) |
| Vs. | ) **CONSENT ORDER OF** |
| | ) **REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on consent Motion for Reversal and Remand Pursuant to Sentence Four. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on consent Motion for Reversal and Remand Pursuant to Sentence Four (#14) is **GRANTED,** and this matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: February 14, 2017

Max O. Cogburn Jr
United States District Judge