# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JACQUELINE RAY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00215-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2017 Consent Order of Remand.

February 14, 2017

Frank G. Johns, Clerk
United States District Court